1 | K. Randolph Moore, SBN 106933
2 | Tanya E. Moore, SBN 206683
  | MOORE LAW FIRM, P.C.
3 | 332 North Second Street
  | San Jose, California  95112
4 | Telephone (408) 298-2000
  | Facsimile (408) 298-6046
5 | Email:  tanya@moorelawfirm.com

6 | Attorneys for Plaintiff
  | Daniel Delgado

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO, | No.  1:11-CV-02024-SMS |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF DEFENDANT BIG 5 SPORTING GOODS CORPORATION dba BIG 5 SPORTING GOODS <u>ONLY</u>;** |
| vs. | |
| BIG 5 SPORTING GOODS CORPORATION dba BIG 5 SPORTING GOODS, et al., | **ORDER (Doc. 23)** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Daniel Delgado and Defendant Big 5 Sporting Goods Corporation dba Big 5 Sporting Goods, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Big 5 Sporting Goods Corporation dba Big 5 Sporting Goods be dismissed with prejudice from this action.

Date: April 30, 2012                                MOORE LAW FIRM, P.C.

/s/Tanya E. Moore  
Tanya E. Moore  
Attorney for Plaintiff Daniel Delgado

Dated:  April 3, 2012                               NEWPORT TRIAL GROUP  
                                                    A Professional Corporation

Tyler J. Woods  
Tyler J. Woods  
Attorneys for Defendant  
Big 5 Sporting Goods Corporation dba Big 5 Sporting Goods

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that Defendant Big 5 Sporting Goods Corporation dba Big 5 Sporting Goods be DISMISSED with prejudice from this action.

IT IS SO ORDERED.

Dated:   **April 30, 2012**                         **/s/ Sandra M. Snyder**  
                                                    UNITED STATES MAGISTRATE JUDGE