1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email: tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Daniel Delgado

7

8             **UNITED STATES DISTRICT COURT**

9             **EASTERN DISTRICT OF CALIFORNIA**

10

11 DANIEL DELGADO,                    ) No. 1:11-CV-02024-SMS
                                      )
12          Plaintiff,                ) **STIPULATION FOR DISMISSAL OF**
                                      ) **DEFENDANT BIG 5 SPORTING GOODS**
13    vs.                             ) **CORPORATION dba BIG 5 SPORTING**
                                      ) **GOODS ONLY;**
14 BIG 5 SPORTING GOODS CORPORATION   )
   dba BIG 5 SPORTING GOODS, et al.,  )
15                                    ) **ORDER (Doc. 23)**
                                      )
16          Defendants.               )
                                      )
17 _____ )

IT IS HEREBY STIPULATED by and between Plaintiff Daniel Delgado and Defendant Big 5 Sporting Goods Corporation dba Big 5 Sporting Goods, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Big 5 Sporting Goods Corporation dba Big 5 Sporting Goods be dismissed with prejudice from this action.

Date: April 30, 2012                                MOORE LAW FIRM, P.C.

                                                    /s/Tanya E. Moore
                                                    Tanya E. Moore
                                                    Attorney for Plaintiff Daniel Delgado

Dated: April 3, 2012                                NEWPORT TRIAL GROUP
                                                    A Professional Corporation

                                                    Tyler J. Woods
                                                    Tyler J. Woods
                                                    Attorneys for Defendant
                                                    Big 5 Sporting Goods Corporation dba Big 5 Sporting Goods

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that Defendant Big 5 Sporting Goods Corporation dba Big 5 Sporting Goods be DISMISSED with prejudice from this action.

IT IS SO ORDERED.

Dated:  **April 30, 2012**                          **/s/ Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE