1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email:  tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Daniel Delgado

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>        Plaintiff,<br><br>    vs.<br><br>BIG 5 SPORTING GOODS CORPORATION<br>dba BIG 5 SPORTING GOODS, et al.<br><br>        Defendants. | No.  1:11-cv-02024-SMS<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT STEPHEN INVESTMENTS, INC.; ORDER (Doc. 25)**<br><br>**ORDER DIRECTING CLERK TO ADMINISTRATIVELY CLOSE CASE** |

   IT IS HEREBY STIPULATED by and between Plaintiff Daniel Delgado and Defendant Stephen Investments, Inc. ("Defendant"), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Stephen Investments, Inc. be dismissed with prejudice from this action.

Date: May 2, 2012                                               MOORE LAW FIRM, P.C.


                                                                /s/Tanya E. Moore
                                                                Tanya E. Moore
                                                                Attorney for Plaintiff Daniel Delgado

///

///

Date: May 2, 2012                                WILD, CARTER & TIPTON
                                                 A Professional Corporation


                                                 /s/ Wesley J. Hammond
                                                 Wesley J. Hammond
                                                 Attorney for Defendant Stephen
                                                 Investments, Inc.


# ORDER

The parties having so stipulated, IT IS HEREBY ORDERED that:

1. Defendant, Stephen Investments, Inc., is DISMISSED from this action with prejudice;

2. All dates and/or deadlines are VACATED (Doc. 21); and,

3. The Clerk of Court administratively CLOSE this case.

IT IS SO ORDERED.

Dated:   **May 2, 2012**                          **/s/ Sandra M. Snyder**
                                                 UNITED STATES MAGISTRATE JUDGE