K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Daniel Delgado

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

DANIEL DELGADO,

        Plaintiff,

    vs.

BIG 5 SPORTING GOODS CORPORATION
dba BIG 5 SPORTING GOODS, et al.

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 1:11-cv-02024-SMS

**STIPULATION FOR DISMISSAL OF DEFENDANT STEPHEN INVESTMENTS, INC.; ORDER (Doc. 25)**

**ORDER DIRECTING CLERK TO ADMINISTRATIVELY CLOSE CASE**

      IT IS HEREBY STIPULATED by and between Plaintiff Daniel Delgado and Defendant Stephen Investments, Inc. ("Defendant"), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Stephen Investments, Inc. be dismissed with prejudice from this action.

Date: May 2, 2012                                  MOORE LAW FIRM, P.C.

/s/Tanya E. Moore
Tanya E. Moore
Attorney for Plaintiff Daniel Delgado

///

///

Date: May 2, 2012

WILD, CARTER & TIPTON
A Professional Corporation

/s/ Wesley J. Hammond
Wesley J. Hammond
Attorney for Defendant Stephen
Investments, Inc.

## ORDER

The parties having so stipulated, IT IS HEREBY ORDERED that:

1.   Defendant, Stephen Investments, Inc., is DISMISSED from this action with

     prejudice;

2.   All dates and/or deadlines are VACATED (Doc. 21); and,

3.   The Clerk of Court administratively CLOSE this case.

IT IS SO ORDERED.

Dated:   **May 2, 2012**                    **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE